IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN M. RULIS, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LA FITNESS, et al.,** | : | No. 13-1582 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **27th** day of **September**, **2013**, upon consideration of Plaintiffs' Motion to Remand, Defendants' response thereto, Plaintiffs' reply thereon, and for the reasons provided in this Court's Memorandum dated September 27, 2013, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand (Document No. 22) is **GRANTED.**

2. Plaintiff's Motion for Leave to File Second Amended Complaint (Document No. 21) is **DENIED AS MOOT.**

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**