IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN M. RULIS and | : | |
| BENEDICTE E. DUCHEN-RULIS, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LA FITNESS, | : | No. 13-1582 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **24th** day of **March**, **2015**, on consideration of Plaintiffs' Motion to Remand (Document No. 28), and the responses thereto, and for the reasons provided in this Court's Memorandum dated March 24, 2015, it is hereby **ORDERED** that:

1. The motion is **GRANTED** in part and **DENIED** in part.

2. The Court grants Plaintiffs' request to remand this case to the Court of Common Pleas of Philadelphia County.

3. The Court denies Plaintiffs' request for attorneys' fees and costs.

4. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**